No. 223.   HILLMERT ET AL. *v.* BUSCH, RECEIVER.   October 8, 1934.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Mr. Walter E. Wiles* for petitioners.   *Mr. Gustavus J. Tatge* for respondent.

No. 224.   McKINLAY, TRUSTEE IN BANKRUPTCY *v.* PHILADELPHIA NATIONAL BANK ET AL.   October 8, 1934. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.   MR. JUSTICE ROBERTS took no part in the consideration or decision of this application.   *Mr. Dean Hill Stanley* for petitioner.   *Messrs. Bynum E. Hinton* and *Everett H. Brown, Jr.,* for respondents.

No. 225.   HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* B. B. JONES;

No. 226.   SAME *v.* ELLIOTT L. JONES;

No. 227.   SAME *v.* ROBERT L. JONES; and

No. 228.   SAME *v.* BERNARD B. JONES ET AL.   October 8, 1934.   Petition for writs of certiorari to the United States Court of Appeals for the District of Columbia denied.   *Solicitor General Biggs, Assistant Attorney General Wideman, Mr. James W. Morris,* and *Miss Helen R. Carloss* for petitioner.   *Mr. F. Edward Mitchell* for respondents.

No. 229.   MINNEAPOLIS, ST. PAUL & SAULT STE. MARIE RY. CO. ET AL. *v.* NEWBERRY.   October 8, 1934.   Petition for writ of certiorari to the Supreme Court of Wisconsin denied.   *Messrs. William A. Hayes* and *John E. Palmer* for petitioners.   *Mr. W. H. Stafford* for respondent.